UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TAMARA GRAMS,

                Plaintiff,        COURT FILE NO.: 10-CV-2817 JNE/AJB

v.                                  **STIPULATION OF DISMISSAL
                                               WITH PREJUDICE**

CENTRAL CREDIT SERVICES, INC.,

                Defendants.

**IT IS HEREBY STIPULATED AND AGREED** to by and between Plaintiff Tamara Grams ("Plaintiff") and her attorneys and Defendant Central Credit Services, Inc. ("Defendant") and its attorneys that the above-captioned action, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

                                                    ATTORNEYS FOR PLAINTIFF

Dated: November 16, 2010           By:  s/Mark L. Vavreck
                                                       Mark L. Vavreck, #0318619
                                                       MARTINEAU, GONKO &
                                                       VAVRECK, PLLC
                                                       Designers Guild Building
                                                       401 North Third Street, Suite 600
                                                       Minneapolis, MN 55401
                                                       Telephone: (612) 659-9500
                                                       Facsimile: (612) 659-9220

1699574v1

                                          ATTORNEYS FOR DEFENDANT

Dated: November 16, 2010        By: s/James R. Bedell
                                                Michael S. Poncin, #296417
                                                James R. Bedell, #351544
                                                MOSS & BARNETT, P.A.
                                                4800 Wells Fargo Center
                                                90 South Seventh Street
                                                Minneapolis, MN  55402-4129
                                                Telephone:  (612) 877-5000
                                                Facsimile:   (612) 877-5999