# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

TAMARA GRAMS,

               Plaintiff,        COURT FILE NO.: 10-CV-2817 JNE/AJB

v.                                      **ORDER OF DISMISSAL
                                          WITH PREJUDICE**

CENTRAL CREDIT SERVICES, INC.,

               Defendants.

Based upon the stipulation of counsel, and all files, records and proceedings herein, **IT IS HEREBY ORDERED** that the above-captioned action shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and a judgment of dismissal with prejudice may be entered accordingly.

                                                             **BY THE COURT:**

Dated: Nov. 18, 2010.

                                                    s/ Joan N. Ericksen
                                                    Honorable Joan N. Ericksen
                                                    Judge of U.S. District Court

1699578v1